UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOY SNIDER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | NO: 2:20-CV-0194-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal (ECF No. 19). The parties agree to the dismissal of the above-captioned action with prejudice and without an award of fees or costs to either party. The Court has reviewed the record and files herein, and is fully informed.

　　　According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

　1. The parties' Stipulated Motion for Order of Dismissal, ECF No. 19, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all of Plaintiff's claims are **DISMISSED** with prejudice, each side shall bear its own costs and fees.

3. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED May 10, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2